AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilner, Michael R. | U.S. District Court - Central District of California | 04/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
312 N. Spring St., Room 930
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Los Angeles Unified School District - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on Los Angeles CA rental property # 1 | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Los Angeles CA rental property #1 | E | Rent | O | W | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. FEDERATED CALIFORNIA MUNICIPAL CASH TRUST-IS | A | Int./Div. | K | T | Sold (part) | 01/13/12 | J | A | |
| 4. ISHARES RUSSELL 1000 GROWTH INDEX | A | Distribution | K | T | Sold (part) | 12/4/12 | J | C | |
| 5. | | | | | | | | | |
| 6. ISHARES RUSSELL 1000 VALUE INDEX ETF | A | Distribution | K | T | Buy (add'l) | 12/18/12 | J | | |
| 7. | | | | | Sold (part) | 1/13/12 | J | A | |
| 8. | | | | | Sold (part) | 3/7/12 | J | B | |
| 9. ISHARES RUSSELL 2000 GROWTH INDEX ETF | A | Distribution | J | T | Sold (part) | 5/14/12 | J | A | |
| 10. | | | | | Sold (part) | 8/16/12 | J | A | |
| 11. ISHARES RUSSELL 2000 VALUE INDEX ETF | A | Distribution | J | T | Buy (add'l) | 8/16/12 | J | | |
| 12. MFS EMERGING MARKETS DEBT FUND - I | A | Distribution | J | T | Buy | 01/12/12 | J | | |
| 13. RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND I | A | Distribution | J | T | Buy | 1/12/12 | J | | |
| 14. SPDR S&P GLOBAL NATURAL RESOURCES ETF | A | Distribution | J | T | Buy | 01/13/12 | J | | |
| 15. | | | | | Sold (part) | 03/07/12 | J | A | |
| 16. | | | | | Sold (part) | 09/10/12 | J | A | |
| 17. T ROWE PRICE TAX FREE HIGH YIELD | A | Distribution | J | T | Buy | 1/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD CALIFORNIA INTERMEDIATE TERM TAX-EXEMPT FUND CLASS | A | Distribution | K | T | Buy (add'l) | 1/12/12 | J | | |
| 19. | | | | | Buy (add'l) | 4/20/12 | J | | |
| 20. | | | | | Sold (part) | 10/25/12 | J | A | |
| 21. VANGUARD DIVIDEND APPRECIATION INDEX ETF | A | Distribution | J | T | Buy (add'l) | 3/7/12 | J | | |
| 22. | | | | | Sold (part) | 1/13/12 | J | B | |
| 23. | | | | | Sold (part) | 9/10/12 | J | A | |
| 24. VANGUARD HIGH YIELD CORPORATE FUND CLASS INVESTOR | A | Distribution | J | T | Sold (part) | 1/12/12 | J | A | |
| 25. WILMINGTON MULTI-MANAGER INTERNATIONAL FUND INSTITUTIONAL SH | C | Distribution | M | T | Buy (add'l) | 4/20/12 | J | | |
| 26. | | | | | Buy (add'l) | 6/21/12 | J | | |
| 27. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 28. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 29. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 30. WILMINGTON MULTI-MANAGER REAL ASSET FUND INSTITUTIONAL SHARE | A | Distribution | J | T | | | | | |
| 31. ISHARES COHEN & STEERS REALTY MAJORS INDEX ETF | A | Distribution | J | T | | | | | |
| 32. ISHARES MSCI EAFE SMALL CAP INDEX ETF | A | Distribution | J | T | | | | | |
| 33. ISHARES S&P 500 BARRA GROWTH INDEX ETF | B | Distribution | L | T | Buy (add'l) | 5/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Brokerage Account # 2 | | | | | | | | | |
| 35. FEDERATED CALIFORNIA MUNICIPAL CASH TRUST-IS | A | Int./Div. | J | T | | | | | |
| 36. MFS EMERGING MARKETS DEBT FUND - I | A | Distribution | J | T | Buy | 10/25/12 | J | | |
| 37. RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND I | A | Distribution | J | T | Buy | 10/25/12 | J | | |
| 38. T ROWE PRICE TAX FREE HIGH YIELD | A | Distribution | J | T | Buy | 10/25/12 | J | | |
| 39. VANGUARD CALIFORNIA INTERMEDIATE TERM TAX-EXEMPT FUND | A | Distribution | J | T | Buy (add'l) | 1/4/12 | J | | |
| 40. | | | | | Sold (part) | 10/25/12 | J | A | |
| 41. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 42. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | D | Distribution | M | T | Buy (add'l) | 1/4/12 | K | | |
| 43. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 44. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 45. Brokerage Account # 3 | | | | | | | | | |
| 46. FEDERATED CALIFORNIA MUNICIPAL CASH TRUST-IS | A | Distribution | J | T | | | | | |
| 47. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | C | Distribution | M | T | Buy (add'l) | 1/4/12 | K | | |
| 48. | | | | | Buy (add'l) | 12/14/12 | K | | |
| 49. Brokerage Account # 4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. DREYFUS INTERNATIONAL BOND FUND CLASS INSTITUTIONAL | A | Distribution | J | T | Buy | 10/25/12 | J | | |
| 51. FEDERATED CALIFORNIA MUNICIPAL CASH TRUST-IS | A | Distribution | J | T | | | | | |
| 52. MFS EMERGING MARKETS DEBT FUND - I | A | Distribution | J | T | Buy | 10/25/12 | J | | |
| 53. RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND I | A | Distribution | J | T | Buy (add'l) | 10/25/12 | J | | |
| 54. T ROWE PRICE TAX FREE HIGH YIELD | A | Distribution | J | T | Buy (add'l) | 10/25/12 | J | | |
| 55. VANGUARD CALIFORNIA INTERMEDIATE TERM TAX-EXEMPT FUND CLASS | A | Distribution | K | T | Buy (add'l) | 10/25/12 | J | | |
| 56. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 57. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 58. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | B | Distribution | L | T | Buy (add'l) | 1/4/12 | J | | |
| 59. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 60. Brokerage Account # 5 | | | | | | | | | |
| 61. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | B | Distribution | L | T | | | | | |
| 62. WILMINGTON PRIME MONEY MARKET FUND CLASS SELECT | A | Int./Div. | J | T | | | | | |
| 63. Brokerage Account # 6 | | | | | | | | | |
| 64. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | A | Distribution | K | T | Buy (add'l) | 4/24/12 | J | | |
| 65. | | | | | Buy (add'l) | 10/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. WILMINGTON STRATEGIC ALLOCATION CONSERVATIVE FUND INSTITUTIO | A | Distribution | K | T | Sold (part) | 4/24/12 | J | A | |
| 67. | | | | | Sold (part) | 10/25/12 | J | A | |
| 68. WILMINGTON PRIME MONEY MARKET FUND CLASS SELECT | A | Int./Div. | J | T | | | | | |
| 69. Citibank-Checking and Savings Accounts | A | Interest | K | T | | | | | |
| 70. 529 Account #1 | B | Distribution | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Wilner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544